**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **Civil Action No. 3:13-cv-1986-O-BN** |
| **TEQUILA NIGHTS PRIVATE CLUB, INC. d/b/a TEQUILA NIGHTS et al.,** | § § § § | |
| **Defendants.** | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Summary Judgment (ECF No. 13) should be **DENIED**.

**SO ORDERED** on this **20th day** of **August, 2014.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**